# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER MARTIN

NO. 2026 KW 0147

**APRIL 20, 2026**

---

In Re:    Christopher Martin, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 716679.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** The records of the Terrebonne Parish Clerk of Court's Office reflect that there is no record of the notice of intent for supervisory review of the ruling on the motion for enforcement of plea bargain agreement. Relator can seek review of the ruling on the motion for enforcement of plea bargain agreement without the necessity of obtaining a return date. In the event the relator elects to file a new application with this court, the application shall be filed on or before June 15, 2026. Any future filing should include the entire contents of this application and a copy of this ruling.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT